ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN - 7 2006

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GREGORY C. STRINGHAM, #35306, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:06-CV-0727-M |
| ) | |
| ATTORNEY GENERAL OF TEXAS, ) | |
| et al., ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that this civil rights action is TRANSFERRED to the Fort Worth Division of the Northern District of Texas for further proceedings.[1]

The Clerk is directed to FORWARD the court's copy file in this case to the Fort Worth

---

[1] The Court notes that on April 28, 2006, Plaintiff paid $275.00 of the $350.00 filing fee. This fee payment was not docketed until May 8, 2006, after the filing of the findings and conclusions. Thereafter, on May 16, 2006, Plaintiff filed a letter requesting that $75.00, the remaining balance of the $350.00 filing fee, be withdrawn from his account at the Parker County Jail. (See Letter filed on May 16, 2006, docket # 3). On the same day, Plaintiff also filed a motion for a temporary injunction seeking to provide further details in support of his claims in this case. (See Motion for Temporary Injunction filed on May 16, 2006, docket #4).
In light of the transfer of this case, the above requests will be forwarded to the Fort Worth Division along with the copy file.

Division.

SO ORDERED this ___ day of _____, 2006.

_____
BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE